**IN THE UNITED STATES BANKRUPTCY COURT**
Southern District of Ohio

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No. 2: 15-bk-53811 |
| Alexandra Lemley } | |
| } | |
| } | Chapter 13 |
| } | |
| **Debtor(s)** } | |

**Notice of Change of Address**

My Former Mailing Address was:

Name:     Alexandra Lemley

Street:     7456 Elliott Rd.

City, State, Zip: Hilliard, OH 43026

**Please be advised that effective July 22nd, 2015
my new mailing address is:**

Name:     **Alexandra Lemley**

Street:     **4756 Elliot Rd.**

City, State ,Zip: **Hilliard, OH 43026**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was sent by electronic mail on July 22nd, 2015 to the following:
**Trustee:**
Faye D. English
Chapter 13 Trustee
10 West Broad Street
Suite 900
Columbus, OH 43215-3449
**US Trustee:**
Office of the US Trustee
170 N. High Street
Suite 200
Columbus, OH 43215

**Served by Regular US Mail:**

**Debtor:**
Alexandra Lemley
4756 Elliot Rd.
Hilliard, OH 43026

Respectfully Submitted,

/s/ Erin E. Schrader
Erin E. Schrader (0078078)
Rauser & Associates
5 East Long St., Suite 300
Columbus, OH 43215
(614) 228-4480