# IN THE UNITED STATES BANKRUPTCY COURT
## Southern District of Ohio

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No. 15-53811 |
| Alexandra Lemley } | |
| } | |
| } | Chapter 13 |
| } | |
| **Debtor(s)** } | |

## Notice of Change of Address

**My Former Mailing Address was**:

Name:       Alexandra Lemley

Street:       4756 Elliot Rd

City, State, Zip:   Hilliard, OH 43026

**Please be advised that effective November 2nd, 2017
my new mailing address is:**

Name:       Alexandra Lemley

Street:       6167 Streaming Ave

City, State, Zip:   Galloway, OH 43119

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent by electronic mail on November 2nd, 2017, to the following:

**Trustee:**
Faye D. English
Chapter 13 Trustee
10 West Broad Street
Suite 900
Columbus, OH 43215-3449

**US Trustee:**
Office of the US Trustee
170 N. High Street
Suite 200
Columbus, OH 43215

**Served by Regular US Mail:**

**Debtor:**
Alexandra Lemley
6167 Streaming Ave.
Galloway, OH 43119

                                                  Respectfully Submitted,
                                                  /s/ Erin E. Schrader
                                                  Erin E. Schrader (0078078)
                                                  Rauser & Associates
                                                  5 East Long St., Suite 300
                                                  Columbus, OH 43215
                                                  (614) 228-4480